GREGG SHAPIRO
JAMES GARLAND
Federal Trade Commission
600 Pennsylvania Ave., N.W., Rm. 200
Washington, D.C. 20580
(202) 326-3549, -2068 (voice)
(202) 326-3392 (facsimile)

JEROME M. STEINER, JR.
Federal Trade Commission
901 Market St., Suite 570
San Francisco, CA 94103
(415) 356-5270

BLAINE T. WELSH
Assistant United States Attorney
701 E. Bridger Avenue, Suite 800
Las Vegas, NV 89101
(702) 388-6336

Attorneys for Plaintiff

CV-S-97-00750-PMP   (LRL)

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CV-S- |
| Plaintiff, | [Plaintiff's Proposed] ORDER SEALING FILE FOR TWO BUSINESS DAYS AFTER ENTRY OF TEMPORARY RESTRAINING ORDER |
| v. | |
| DAYTON FAMILY PRODUCTIONS, INC.; J. J. DAYTON ASSOCIATES, INC.; HIGH VOLTAGE PICTURES, INC., aka High Voltage Entertainment; JOHN RUBBICO, individually and doing business as J J Family Film Productions; GLEN E. BURKE; KEVIN ROY; IGNACIO JIMENEZ; JOHN IAVARONE; and FRED DAVIDSON, | |
| Defendants. | |

Plaintiff, the Federal Trade Commission, having applied for an order directing that all pleadings in the above-captioned matter be filed under seal for two business days, the Court

1

1  having considered the moving papers in support thereof, and the Court having found that good
2  cause exists therefor,

3      IT IS HEREBY ORDERED that the entire file in the above-captioned matter be placed
4  under temporary seal, and that the file remain sealed until two full business days have elapsed
5  following the time of issuance of the temporary restraining order in this matter; *provided,*
6  however, that nothing in this order shall prevent the plaintiff from executing service or
7  discussing this matter with parties and non-parties as is necessary and appropriate.

8      IT IS FURTHER ORDERED that the seal shall be lifted upon the expiration of two full
9  business days from the date and time of issuance of the Court's temporary restraining order in the
10  above-captioned matter, without further order of the Court.

11
12      IT IS SO ORDERED, this 20th day of June, 1997.

                                                UNITED STATES DISTRICT JUDGE