1  STEVEN R. SCOW, LTD.
2  Steven R. Scow, Esq., No. 1046
   612 South Seventh Street
3  Las Vegas, Nevada 89101
   (702) 385-7269
4  Attorney for Receiver





Steven R. Scow, Ltd.
612 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
(702) 385-7269 FAX (702)385-3305

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) CV-S-97-00750-PMP (LRL) |
| DAYTON FAMILY PRODUCTIONS, INC. J.J. DAYTON ASSOCIATES, INC.; HIGH VOLTAGE PICTURES, INC., aka High Voltage Entertainment; JOHN RUBBICO, individually and doing business as J.J. Family Film Productions; GLEN E. BURKE; KEVIN ROY; IGNACIO JIMENEZ; JOHN IAVARONE; and FRED DAVIDSON, | ) |
| Defendants. | ) |

## ORDER CONFIRMING COMPENSATION
## FOR RECEIVER AND ATTORNEY FEES

The matter of the Petition for Compensation for Receiver and Attorney Fees having come before this Court for review and all interested parties having been served with a copy of said Petition,

NOW THEREFORE IT IS HEREBY ORDERED that the Receiver and Attorney fees shall be as follows: DONALD M. TRACTENBERG, $200.00 per hour; STEVEN R. SCOW, ESQ., $200.00 per hour; LINDA N. EKINS, $80.00 an hour; and BEN RICHARDSON, $80.00

per hour.

IT IS FURTHER ORDERED the Court will enter its order approving such fees on or after the eleventh day following submission of the fee application unless there is an objection to the fees filed by any party hereto, in which case the Court would review the objection and approve the said fees, or not, in its discretion. A hearing will not be required to hear evidence on a fee application unless requested by a party or otherwise set by the Court.

DATED this 11th day of July, 1997.

_____
United States District Judge

Submitted by:

STEVEN R. SCOW, LTD.

By: _____
STEVEN R. SCOW, ESQ., No. 1046
612 South Seventh Street
Las Vegas, Nevada 89101
Attorneys for Receiver

2