1  SCOTT MICHAEL CANTOR, ESQ.
   Nevada Bar No. 001713
2  GRAZIADEI & CANTOR, LTD.
   302 East Carson Avenue, Suite 400
3  Las Vegas, Nevada 89101
   (702) 477-7733
4  Attorney for Defendants
   Burke, Iavarone, Jimenez, & Roy

5

6

7                   UNITED STATES DISTRICT COURT

8                       DISTRICT OF NEVADA

9   _____
                                       )
10  FEDERAL TRADE COMMISSION,          )    CV-S-97-00750-PMP (LRL)
                                       )
11        Plaintiff,                   )
                                       )
12  vs.                                )
                                       )
13  DAYTON FAMILY PRODUCTIONS, INC.;   )    Stipulation to Extend the Time
    J.J. DAYTON ASSOCIATES, INC.; HIGH )    For the Filing of the Answer to
14  VOLTAGE PICTURES, INC., aka High Voltage )  The First Amended Complaint
    Entertainment; JOHN RUBBICO, individually and )  for Injunctive and Other
15  doing business as JJ Family Film Productions; )  Equitable Relief
    GLEN E. BURKE; KEVIN ROY; IGNACIO  )    and Order
16  JIMENEZ; JOHN IAVARONE; and FRED   )
    DAVIDSON,                          )
17                                     )
          Defendants.                  )
18  _____ )

19

20        IT IS HEREBY STIPULATED by and between GREGG SHAPIRO, ESQ., attorney of

21  record for Plaintiff, FEDERAL TRADE COMMISSION, and SCOTT MICHAEL CANTOR, ESQ.,

22  of GRAZIADEI & CANTOR, LTD., counsel for Defendants, GLEN E. BURKE, KEVIN ROY,

23  IGNACIO JIMENEZ, and JOHN IAVARONE that said Defendants may have to and including

24  August 15, 1997 to Answer or otherwise plead to Plaintiff's First Amended Complaint for Injunctive

25  and Other Equitable Relief.  Plaintiff's First Amended Complaint was filed on or about July 2, 1997,

26

1   served on or about July 2, 1997,  and Defendants Answer was ordinarily due on or about, July 23,

2   1997.

3         Counsel for parties have agreed to this Stipulation.

4         DATED this _____ day of July, 1997.

5

6   _____        _____
    GREGG SHAPIRO, ESQ.                     SCOTT MICHAEL CANTOR, ESQ.
    600 Pennsylvania Ave., N.W., Rm 200     GRAZIADEI & CANTOR, LTD.
7   Washington, D.C.  20580                 302 E. Carson Ave., Ste 400
    Attorneys for Plaintiffs                Las Vegas, Nevada 89101
8                                           Attorney for Defendant's Burke, Roy,
                                            Jimenez, & Iavarone
9

10                              **ORDER**

11        BASED upon the above and foregoing and good cause appearing, therefor,

12        IT IS SO ORDERED.

13        DATED and DONE this ___6ʌ___ day of ~~July~~, 1997.

14

15                                          _____
                                            United States District Judge

16

17

18

19

20

21

22

23

24

25

26