RECEIVED
1997 AUG 18 PM 4: 05
CLERK...DISTRICT COURT
DISTRICT OF NEVADA
_____DEPUTY

Aug 20 9:58 AM '97

ENTERED AND SERVED
AUG 21 1997
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

GREGG SHAPIRO
Federal Trade Commission
600 Pennsylvania Ave., N.W., Rm. 200
Washington, D.C. 20580
(202) 326-3549 (voice)
(202) 326-3392 (facsimile)

JEROME M. STEINER, JR.
Federal Trade Commission
901 Market St., Suite 570
San Francisco, CA 94103
(415) 356-5270

BLAINE T. WELSH
Assistant United States Attorney
701 E. Bridger Avenue, Suite 800
Las Vegas, NV 89101
(702) 388-6336

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CV-S-97-00750-PMP (LRL) |
| Plaintiff, | STIPULATION TO MODIFY FREEZE OF DEFENDANT JOHN RUBBICO'S ASSETS |
| v. | |
| DAYTON FAMILY PRODUCTIONS, INC., et al., | |
| Defendants. | |

WHEREAS on July 31, 1997, the Court entered a preliminary injunction order that freezes the assets of defendant John Rubbico;

WHEREAS Paragraph III.E of the preliminary injunction order provides that "after prior written approval by the [Federal Trade] Commission ..., defendant John Rubbico may pay from his individual personal funds reasonable, usual, ordinary, and necessary living expenses; and

WHEREAS defendant Rubbico has a personal bank account (#120063177) at Nevada

1

State Bank in Las Vegas, Nevada;

IT IS HEREBY STIPULATED AND AGREED that:

1. Nevada State Bank account #120063177 shall be unfrozen;

2. Defendant Rubbico shall deposit all money (including loans, gifts, and earnings) he receives into Nevada State Bank account #120063177 within one day of such receipt;

3. Defendant Rubbico shall provide Commission attorney Gregg Shapiro a copy of all bank statements and canceled checks for Nevada State Bank account #120063177 within three days of receipt by defendant Rubbico;

4. Defendant Rubbico may withdraw no more than $800 per week from Nevada State Bank account #120063177;

5. Defendant Rubbico shall use all funds withdrawn from Nevada State Bank account #120063177 only to pay reasonable, usual, ordinary, and necessary living expenses; and

6. Except as provided in this stipulation, all of defendant Rubbico's assets remain frozen pursuant to Paragraph III of the preliminary injunction.

By signing this stipulation, defendant Rubbico agrees to abide by its terms. Defendant Rubbico understands that violation of the terms of the stipulation would constitute grounds for a finding that he is in contempt of court. Defendant Rubbico further understands that contempt of court can result in criminal penalties, including a prison sentence.

STIPULATED TO:

DATED: 8-18-97

*(signed)* for GREGG SHAPIRO
JEROME M. STEINER, JR
Federal Trade Commission

BLAINE T. WELSH
Assistant United States Attorney

Attorneys for Plaintiff

DATED: 8-18-97

*(signed)*
JOHN M. RUBBICO
Defendant, in pro per

IT IS SO ORDERED.

DATED: August 20, 1997

*(signed)*
PHILIP M. PRO
United States District Judge

3

**CERTIFICATE OF SERVICE**

FEDERAL TRADE COMMISSION )
)
        Plaintiff, )
)   CV-S-97-00750-PMP (LRL)
        v. )
)
DAYTON FAMILY PRODUCTIONS, )
  INC., et al. )
)
        Defendants. )
)
_____)

    The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

    That on August 18, 1997, she served a copy of the attached **STIPLULATION TO MODIFY FREEZE OF DEFENDANT JOHN RUBBICO'S ASSETS** by placing said copy in a postage paid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States mail at 701 East Bridger Avenue, Suite 800, Las Vegas, Nevada 89101-0030

        Address(es):    Scott M. Cantor
                              Graziadei & Cantor
                              302 East Carson Avenue
                              Suite 400
                              Las Vegas, NV 89101
                              (COUNSEL FOR DEFENDANTS
                              JOHN IAVARONE, GLEN BURKE,
                              IGNACIO JIMENEZ AND KEVIN ROY)

1  Fred Davidson
   3550 South Paradise
2  #187
   Las Vegas, NV 89109
3  (PRO SE)

4  Steven R. Scow
   612 South Seventh St.
5  Las Vegas, NV 89101
   (COUNSEL FOR DONALD TRACTENBERG,
6  RECEIVER)

7  Grant Teeple, Esq.
   Gage, Frasier & Teeple
8  9255 Towne Center Drive
   Suite 500
9  San Diego, CA 92121

10 John Rubbico
   3860 Cotillion Court
11 Las Vegas, NV 89117

*Adeline D. Taylor*

ADELINE D. TAYLOR
Legal Secretary

2