STEVEN R. SCOW, LTD.
Steven R. Scow, Esq., No. 1046
612 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-7269
Attorney for Receiver

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

DAYTON FAMILY PRODUCTIONS, INC.
J.J. DAYTON ASSOCIATES, INC.; HIGH
VOLTAGE PICTURES, INC.; HIGH VOLTAGE
ENTERTAINMENT, INC.; AMERICAN FAMILY
PRODUCTIONS, INC.; ICON MANAGEMENT
SERVICES, INC., AZTEC ESCROW, INC.;
REUNION MANAGEMENT, INC.; AMERICAN
FAMILY CONSULTANTS, INC.; JOHN
RUBBICO, individually and doing business as
J.J. Family Film Productions; GLEN E. BURKE;
KEVIN ROY; IGNACIO JIMENEZ; JOHN
IAVARONE; FRED DAVIDSON; RICHARD
HART; and RAYMOND FILOSI,

    Defendants.

CV-S-97-00750-PMP (LRL)

## STIPULATION FOR RELEASE OF FUNDS

THE UNDERSIGNED hereby stipulate that funds on deposit with Bank of America, account number 1025909996, shall be released to the Receiver for payments of expenses of

////

////

Receivership, which account is in the name of Northeast Mortgage.

DATED this 8 day of September, 1997.

Gregg Shapiro, Esq.
Federal Trade Commission
600 Pennsylvania Ave., N.W., No. 200
Washington, D.C. 20580
(201) 326-2068

Scott Cantor, Esq.
302 East Carson, Suite 400
Las Vegas, Nevada 89101
(702) 477-7733
Nevada State Bar 1713
Attorney for Defendants: John Iavarone, Ignacio Jimenez, and Glen Burke

Steven R. Scow, Esq.
STEVEN R. SCOW, LTD.
612 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-7269
Nevada State Bar 1046

Receivership, which account is in the name of Northeast Mortgage.

DATED this 8 day of September, 1997.

---

**Gregg Shapiro, Esq.**
Federal Trade Commission
600 Pennsylvania Ave., N.W., No. 200
Washington, D.C. 20580
(201) 326-2068

**Scott Cantor, Esq.**
302 East Carson, Suite 400
Las Vegas, Nevada 89101
(702) 477-7733
Nevada State Bar 1713
Attorney for Defendants: John Iavarone, Ignacio Jimenez, and Glen Burke

---

**Steven R. Scow, Esq.**
STEVEN R. SCOW, LTD.
612 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-7269
Nevada State Bar 1046

-2-

STEVEN R. SCOW, LTD.
Steven R. Scow, Esq., No. 1046
612 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-7269
Attorney for Receiver

'97 SEP -9 PM 3: 56

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

DAYTON FAMILY PRODUCTIONS, INC.
J.J. DAYTON ASSOCIATES, INC.; HIGH
VOLTAGE PICTURES, INC.; HIGH VOLTAGE
ENTERTAINMENT, INC.; AMERICAN FAMILY
PRODUCTIONS, INC.; ICON MANAGEMENT
SERVICES, INC., AZTEC ESCROW, INC.;
REUNION MANAGEMENT, INC.; AMERICAN
FAMILY CONSULTANTS, INC.; JOHN
RUBBICO, individually and doing business as
J.J. Family Film Productions; GLEN E. BURKE;
KEVIN ROY; IGNACIO JIMENEZ; JOHN
IAVARONE; FRED DAVIDSON; RICHARD
HART; and RAYMOND FILOSI,

    Defendants.

CV-S-97-00750-PMP (LRL)

**ORDER**

PURSUANT TO STIPULATION BY GREGG SHAPIRO, ESQ., FEDERAL TRADE COMMISSION, SCOTT CANTOR, attorney for Defendants JOHN IAVARONE, IGNACIO JIMENEZ, and GLEN BURKE, and STEVEN R. SCOW, ESQ., attorney for DONALD M. TRACTENBERG, Receiver;

IT IS HEREBY ORDERED that the funds on deposit at Bank of America, for Northeast Mortgage account number 1025909996, be released to the Receiver, DONALD M.

////

////

////

-1-

1  TRACTENBERG.
2      DATED this _11th_ day of _Sept_, 1997.
3
4                                              _____
                                                    DISTRICT COURT JUDGE

-2-