ENTERED AND
SERVED

DEC 19 1997

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY _____ DEPUTY

DEC 18  8 42 AM '97

BY _____

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL TRADE COMMISION,      ) | |
|                Plaintiff,      ) | CV-S-97-750-PMP (LRL) |
| v.      ) | **O R D E R** |
| DAYTON FAMILY PRODUCTIONS, ) | |
| INC., et al.,      ) | |
|              Defendants.      ) | |

This case comes before the court on plaintiff's Motion to Compel Discovery (#54, filed November 10, 1997).  Defendants have not responded.  Their failure to respond constitutes their consent to the granting of the motion.  LR 7-2(d).  Accordingly,

IT IS ORDERED that the motion (#54) is granted.  Defendants Iavarone, Burke, Jimenez and Roy shall respond fully and without objection, not later than **January 9, 1998**, to plaintiff's First Set of Interrogatories and First Request for Production of Documents.

. . .

. . .

. . .

. . .

AO 72
(Rev 8/82)

IT IS FURTHER ORDERED that defendants Iavarone, Burke, Jimenez and Roy shall pay to counsel for plaintiff, not later than January 16, 1998, the sum of $450 as the reasonable expenses incurred, including attorney's fees, in making this motion.

DATED this 17th day of December, 1997.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**

2

AO 72
(Rev 8/82)