STEVEN R. SCOW, LTD.
Steven R. Scow, Esq., No. 1046
612 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-7269
Attorney for Receiver

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

DAYTON FAMILY PRODUCTIONS, INC.
J.J. DAYTON ASSOCIATES, INC.; HIGH
VOLTAGE PICTURES, INC., aka High Voltage
Entertainment; JOHN RUBBICO, individually and
doing business as J.J. Family Film Productions;
GLEN E. BURKE; KEVIN ROY; IGNACIO
JIMENEZ; JOHN IAVARONE; and FRED
DAVIDSON,

    Defendants.

CV-S-97-00750-PMP (LRL)

(PROPOSED) ORDER GRANTING AUTHORITY TO TRANSFER HIGH VOLTAGE INTEREST IN WIND RIVER MOVIE TO REUNION PARTNERS AND TO MAKE REUNION PARTNERS PART OF WOLF CREEK PARTNERSHIP AND PETITION FOR AUTHORITY TO ALLOCATE RECEIVERSHIP EXPENSES AND FOR EARLY COLLECTION OF HIGH VOLTAGE OBLIGATION

    The matter of the Petition for Authority to Transfer High Voltage Interest in Wind River Movie to Reunion Partners and To Make Reunion Partners Part of Wolf Creek Partnership, and Petition For Authority To Allocate Receivership Expenses And For Early Collection Of High Voltage Obligation having come before this Court for review and all interested parties having been served with a copy of said Petition, and ten days having passed without objection;

    NOW THEREFORE, IT IS HEREBY ORDERED that the Petition is approved, and the

1

1  designated partnership participations that High Voltage Corporation has in the movie "Wind River" is
2  hereby transferred to Last Resort and Wolf Creek Partnership, subject to payment of High Voltage
3  obligations, and that Reunion Partnership units are hereby allowed to be exchanged for Wolf Creek
4  Partnership units on a one-to-one basis for Reunion Partners.

5  IT IS FURTHER ORDERED that the early payment of the $60,000.00 debt from Last Resort
6  to High Voltage for use in payment of receivership expenses and that the additional sum of $30,000.00
7  are hereby allocated to Last Resort Partnership as an expense of administration on behalf of that entity,
8  which funds are to be paid out of first collections received, and that the sum of $35,000.00 are hereby
9  allocated to Wolf Creek Partnership as and for work done on Wolf Creek and Reunion Partnership
10 related matters are to be paid out of collections from Wolf Creek Partnership.

11  DATED this 18h day of December, 1997.

_____
United States District Judge

15  Submitted by:

16  STEVEN R. SCOW, LTD.

18  By: _____
    STEVEN R. SCOW, ESQ., No. 1046
19  612 So. Seventh Street
    Las Vegas, Nevada 89101
20  Attorneys for Receiver

2