STEVEN R. SCOW, LTD.
Steven R. Scow, Esq., No. 1046
612 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-7269
Attorney for Receiver

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION, )
            )
    Plaintiff, )
            )
v. ) CV-S-97-00750-PMP (LRL)
            )
DAYTON FAMILY PRODUCTIONS, INC. )
J.J. DAYTON ASSOCIATES, INC.; HIGH )
VOLTAGE PICTURES, INC., aka High Voltage )
Entertainment; JOHN RUBBICO, individually and )
doing business as J.J. Family Film Productions; )
GLEN E. BURKE; KEVIN ROY; IGNACIO )
JIMENEZ; JOHN IAVARONE; and FRED )
DAVIDSON, )
            )
    Defendants. )
            )

## ORDER CONFIRMING FEES AND COMMISSIONS FOR RECEIVER AND ATTORNEY FEES

The matter of the Petition for Allowance of Fees and Commissions for the Receiver, DONALD M. TRACTENBERG, and the Attorney for the Receiver, STEVEN R. SCOW Esq., having come before this Court for review and all interested parties having been served with a copy of said Petition, and ten days having passed without objection to said fees,

NOW THEREFORE IT IS HEREBY ORDERED that the Receiver's and Attorney's fees and commissions shall be as follows: DONALD M. TRACTENBERG, $6,150.00 for October time billed and

. . .

. . .

. . .

1

1  time for November is in the amount of $3,272.95. STEVEN R. SCOW, ESQ. and his staff, $10,548.00
2  for October time billed, and $7,484.50 for November time billed.
3        DATED this 18h day of Dec., 1997.

                                                                             United States District Judge

Submitted by:

STEVEN R. SCOW, LTD.

By: _____
    STEVEN R. SCOW, ESQ., No. 1046
    612 South Seventh Street
    Las Vegas, Nevada 89101
    Attorneys for Receiver

2