GREGG SHAPIRO
Federal Trade Commission
600 Pennsylvania Ave., N.W., Rm. 200
Washington, D.C. 20580
(202) 326-3549 (voice)
(202) 326-3392 (facsimile)

JEROME M. STEINER, JR.
Federal Trade Commission
901 Market St., Suite 570
San Francisco, CA 94103
(415) 356-5270

BLAINE T. WELSH
Assistant United States Attorney
701 E. Bridger Avenue, Suite 800
Las Vegas, NV 89101
(702) 388-6336

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CV-S-97-00750-PMP (LRL) |
| Plaintiff, | |
| v. | |
| DAYTON FAMILY PRODUCTIONS, INC., et al., | |
| Defendants. | |

**STIPULATION AND ORDER**

WHEREAS plaintiff Federal Trade Commission ("Commission") has filed a motion for contempt against third-party California Federal Bank ("CalFed") for failure to comply with a subpoena that the Commission served on it in July 1997; and

WHEREAS CalFed has committed to comply fully with the subpoena by delivering all of the requested documents to Commission counsel in Washington, D.C. on or before January 16, 1998,

The Commission and CalFed have stipulated that the time by which CalFed must comply

1 with the subpoena is extended to and including January 16, 1998. Accordingly, CalFed's
2 opposition brief, if any, to the Commission's motion for contempt shall be due January 20, 1998.
3
4 IT IS SO STIPULATED:
5
6 Dated January 6, 1998                           CALIFORNIA FEDERAL BANK
                                                  A Federal Savings Bank
7
8
9                                           By:   _____
                                                  Laura J. Dorman, Esq.
10                                                Vice President and General Counsel
11
12 Dated January 6, 1998                          FEDERAL TRADE COMMISSION
13
14                                          By:   _____
15                                                Gregg Shapiro, Esq.
                                                  Attorney
16
17 IT IS SO ORDERED.
18 DATED: ___Jan 9, 1998___                       _____
19                                                PHILIP M. PRO
                                                  United States District Judge
20
21
22
23
24
25
26

## CERTIFICATE OF SERVICE

I certify that on January 6, 1998, I served the attached Stipulation and Order by sending copies of the foregoing via first class mail to:

Scott M. Cantor
Graziadei & Cantor
302 East Carson Avenue, Suite 400
Las Vegas, NV 89101

Steven R. Scow
612 South Seventh Street
Las Vegas, NV 89101

John V. Spilotro
624 S. Ninth Street
Las Vegas, NV 89101

Laura J. Dorman
Vice President and General Counsel
California Federal Bank
135 Main Street, 4th Floor
San Francisco, CA 94105

Executed at Washington, D.C., on January 6, 1998.

Gregg Shapiro