RECEIVED AND FILED

FEB 23  3 24 PM '98

LANCE S. WILSON
CLERK

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | CV-S-97-750-PMP (LRL) |
| v. ) | |
| ) | |
| DAYTON FAMILY PRODUCTIONS, ) | |
| INC., et al., ) | O R D E R |
| ) | |
| Defendants. ) | |

IT IS ORDERED that the Surety Bond #67S101119554 in the amount of $10,000.00 posted on January 14, 1998, by Steven R. Scow, Esq., 612 South Seventh Street, Las Vegas, NV 89101, on behalf of Receiver Donald M. Tractenberg is hereby exonerated.

DATED: February 23, 1998

_____
PHILIP M. PRO
United States District Judge

AO 72
(Rev.8/82)