

**ORIGINAL**

1  SCOTT MICHAEL CANTOR, ESQ.
   Nevada Bar Number 001713
2  GRAZIADEI & CANTOR, LTD.
   302 East Carson Avenue, Suite 400
3  Las Vegas, Nevada 89101
   (702) 477-7733
4  Attorneys for Defendants
   GLEN E. BURKE, KEVIN ROY and
5  IGNACIO JIMENEZ

6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9

10 FEDERAL TRADE COMMISSION,           )
                                       )  CV-S-97-00750-PMP (LRL)
11             Plaintiff,              )
                                       )
12 vs.                                 )
                                       )
13 DAYTON FAMILY PRODUCTIONS, INC.;    )
   J.J. DAYTON ASSOCIATES, INC.; HIGH  )
14 VOLTAGE PICTURES, INC.; HIGH        )
   VOLTAGE ENTERTAINMENT, INC.;        )
15 AMERICAN FAMILY PRODUCTIONS, INC.;  )
   AZTEC ESCROW, INC.; REUNION         )
16 MANAGEMENT, INC.; AMERICAN FAMILY   )
   CONSULTANTS, INC.; JOHN RUBBICO,    )
17 individually and doing business as  )
   J.J. Family Film Productions; GLEN  )
18 E. BURKE; KEVIN ROY; IGNACIO        )
   JIMENEZ; JOHN IAVARONE; FRED        )
19 DAVIDSON; RICHARD S. HART; and      )
   RAYMOND FILOSI,                     )
20                                     )
               Defendants.            )
21 _____)

22                         STIPULATION

23      IT IS HEREBY STIPULATED, by and between the FEDERAL TRADE

24 COMMISSION, by and through its counsel, GREGG SHAPIRO, and

25 BLAINE T. WELSH, Assistant U.S. Attorney, and Defendant, JOHN

26 IAVARONE, by and through his counsel, JOHN SPILOTRO, ESQ. of

27 SPILOTRO & KULLA, and Defendants, GLEN BURKE, IGNACIO JIMENEZ

28 and KEVIN ROY, by and through their attorney, SCOTT MICHAEL

                               1

1   CANTOR, ESQ. of GRAZIADEI & CANTOR, LTD., as follows:

2         WHEREAS the FEDERAL TRADE COMMISSION filed a Motion for

3   Summary Judgment herein on or about February 12, 1998; and

4         WHEREAS counsel for the Defendants, above-referenced, have

5   had trial and travel schedules that have made a response to that

6   Motion within the time allowed by Rule impossible; and

7         WHEREAS the parties wish to allow the Defendants an

8   opportunity to respond to the Motion for Summary Judgment in

9   order that this matter may be resolved on the merits, the

10  parties hereto stipulate, as follows:

11        1.   That the Defendants, JOHN IAVARONE, GLEN BURKE,

12  IGNACIO JIMENEZ and KEVIN ROY, shall have to and including March

13  30, 1998, in which to file their Opposition to the FEDERAL TRADE

14  COMMISSION'S said Motion for Summary Judgment and shall transmit

15  the same to Mr. Shapiro by Federal Express or other form of

16  overnight delivery so that it is received by Mr. Shapiro no

17  later than March 31, 1998.

18        2.   That the FEDERAL TRADE COMMISSION may thereafter have

19  three weeks from receipt of the Opposition to file its reply;

20  the matter shall be deemed submitted upon the filing of the

21  Reply subject to the Court granting oral argument of the Motion;

22        3.   In opposition to the Motion for Summary Judgment, the

23  Defendants will rely on evidence previously produced; no

24  evidence not heretofore produced, save and except for Affidavits

25

26  / / /

27  / / /

28  / / /

1 | of the parties-Defendant in opposition to the Motion, shall be

2 | asserted in defense to the summary judgment Motion.

3 | DATED this 26th day of March, 1998.

4 | GRAZIADEI & CANTOR, LTD.                    SPILOTRO & KULLA, CHTD.

5 |

6 | _____          _____
SCOTT MICHAEL CANTOR, ESQ.          JOHN V. SPILOTRO, ESQ.

7 | Nevada Bar No. 001713               Nevada Bar No. 004134
302 E. Carson Avenue                600 South Eighth Street

8 | Suite 400                           Las Vegas, Nevada  89101
Las Vegas, Nevada  89101            Attorney for Defendant,

9 | Attorney for Defendants,            JOHN IAVARONE
GLEN BURKE, IGNACIO JIMENEZ

10 | and KEVIN ROY

11 |

12 | _____
GREGG SHAPIRO, ESQ.

13 | 600 Pennsylvania Avenue
N.W., Room 200

14 | Washington, D.C.  20580
BLAINE T. WELSH, ESQ.

15 | 701 E. Bridger Avenue, #800
Las Vegas, Nevada  89101

16 | Attorneys for
FEDERAL TRADE COMMISSION

17 |

18 | **ORDER**

19 | BASED upon the foregoing and good cause appearing,

20 | IT IS SO ORDERED.

21 | DATED this 3rd day of ~~March~~, 1998.

22 |

23 | _____
DISTRICT JUDGE

24 | SUBMITTED BY:

GRAZIADEI & CANTOR, LTD.

25 |

26 | _____
SCOTT MICHAEL CANTOR, ESQ.

27 | 302 E. Carson Avenue, Suite 400
Las Vegas, Nevada  89101

28 | Attorneys for GLEN BURKE,
IGNACIO JIMENEZ and KEVIN ROY

3