UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | CV-S-97-750-PMP (LRL) |
| v. ) | |
| ) | |
| DAYTON FAMILY PRODUCTIONS, ) | |
| INC., et al., ) | O R D E R |
| ) | |
| Defendants. ) | |

The Court having read and considered Defendant John Rubbico's Motion to Set Aside Default and Authorize Filing of an Answer (#72), filed January 2, 1998, Plaintiff's Reply in Support of Motion for Entry of Judgment by Default and Permanent Injunction Against Defendant John Rubbico (#73), filed January 9, 1998, and good cause appearing,

IT IS ORDERED that Defendant John Rubbico's Motion to Set Aside Default and Authorize Filing of an Answer (#72) is denied.

DATED: April 3, 1998

PHILIP M. PRO
United States District Judge