

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | CV-S-97-750-PMP (LRL) |
| v. | ) | |
| | ) | |
| DAYTON FAMILY PRODUCTIONS, | ) | |
| INC., et al., | ) | O R D E R |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On February 20, 1998, the Court entered a Final Order against Defendants John Iavarone, Glen Burke, Ignacio Jimenez, Dayton Family Productions, Inc., J.J. Dayton Associates, Inc., High Voltage Pictures, Inc., High Voltage Entertainment, Inc., Aztec Escrow, Inc., Reunion Management, Inc., American Family Consultants, Inc., American Family Productions, Inc., and Icon Management Services, Inc. #87). The Court's entry of that Order was inadvertent. The Order in question had been submitted in proposed form for the Court's consideration as part of the Plaintiff's Motion for Summary Judgment (#82) which is still pending final briefing.

IT IS THEREFORE ORDERED that the Final Order Against Defendants (#87) inadvertently signed by the Court and entered on February 20, 1998, is hereby vacated.

DATED:  April 3, 1998

_____
PHILIP M. PRO
United States District Judge

2