

ENTERED AND SERVED
AUG – 5 1998
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | CV-S-97-750-PMP (LRL) |
| v. ) | |
| ) | |
| DAYTON FAMILY PRODUCTIONS, ) | |
| INC., et al., ) | O R D E R |
| ) | |
| Defendants. ) | |

Before the Court for consideration is the Motion for Clarification of Order and Approval of Report (#109 and #110), filed June 29, 1998, on behalf of Receiver Donald M. Tractenberg. On July 13, 1998, Defendant Wolf Creek Partners filed a Response in opposition to the Receiver's Motion (#113) to which the Receiver Replied (#114) on July 24, 1998. Having read and considered the foregoing, and it appearing that partial modification of this Court's Order (#108) entered June 18, 1998, is warranted, and good cause appearing,

IT IS ORDERED that the Receiver's Motion (#108 and #109) is granted to the extent that the Report of the Receiver (#92), filed with the Court on March 25, 1998, is hereby approved.

IT IS FURTHER ORDERED that the Receiver's Motion for Clarification of Order (#109 and #110) is denied in all other respects.

DATED: August 3, 1998

_____
PHILIP M. PRO
United States District Judge