```
GREGG SHAPIRO
Federal Trade Commission
600 Pennsylvania Ave., N.W., Rm. 200
Washington, D.C. 20580
(202) 326-3549 (voice)
(202) 326-3392 (facsimile)

JEROME M. STEINER, JR.
Federal Trade Commission
901 Market St., Ste. 570
San Francisco, CA 94103
(415) 356-5270

BLAINE T. WELSH
Assistant United States Attorney
701 E. Bridger Ave., Ste. 800
Las Vegas, NV 89101
(702) 388-6336
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CV-S-97-750-PMP (LRL) |
| Plaintiff, | |
| v. | |
| DAYTON FAMILY PRODUCTIONS, INC., et al., | |
| Defendants. | |

**STIPULATION TO STAY ALL PROCEEDINGS**
(Second Request)

This Court previously extended the deadline for filing of the pre-trial order to allow the parties more time to conduct settlement negotiations. Since that time, counsel for plaintiff Federal Trade Commission ("Commission") and defendants John Iavarone, Glen Burke, Ignacio Jimenez, Kevin Roy, High Voltage Pictures, Inc., High Voltage Entertainment, Inc., and Aztec Escrow, Inc. have agreed to terms on a proposed final settlement of this action. None of the corporate

defendants in this action has filed an answer to the Commission's complaint and the Commission is in the process of initiating default proceedings against the corporate defendants that have not agreed to this proposed settlement. The settlement is now subject to review by the full Commission; if the Commission approves the settlement, its counsel will promptly sign and file the settlement with the Court. The review process before the Commission generally takes four to eight weeks. Accordingly, plaintiff and defendants Iavarone, Burke, Jimenez and Roy hereby stipulate to stay all proceedings pending the Commission's review of the proposed settlement.

SO STIPULATED:

DATED: August 14, 1998

*[signature: Blaine T. Welsh]*
GREGG SHAPIRO
JEROME M. STEINER, JR.
Federal Trade Commission
BLAINE T. WELSH
Assistant United States Attorney
Attorneys for Plaintiff

DATED: 8/14/1998

*[signature]*
JOHN SPILOTRO
Spilotro & Kulla Chtd.
Attorney for Defendant
JOHN IAVARONE

DATED: 8/14/98

*[signature]*
SCOTT CANTOR
Graziadei & Cantor
Attorney for Defendants
GLEN BURKE, IGNACIO JIMENEZ, AND KEVIN ROY

IT IS SO ORDERED:

*[signature]*
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

DATED: Aug. 17, 1998