RECEIVED
AND FILED

Dec 19  3 30 PM '97

LANCE S. WILSON
CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | CV-S-97-750-PMP (LRL) |
| v. | ) | |
| | ) | |
| DAYTON FAMILY PRODUCTIONS, | ) | |
| INC., et al., | ) | O R D E R |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that this matter shall be placed on calendar in Courtroom #2 on _Friday, January 9, 1998, at 11:30 a.m._ for hearing on Plaintiff's Motion for Civil Contempt Against Defendants John Iavarone, Glen Burke, Ignacio Jimenez, and Kevin Roy (#59), filed November 19, 1997.

DATED:  December 18, 1997

_____
PHILIP M. PRO
United States District Judge

66

AO 72
(Rev 8/82)