UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

    Plaintiff,

  v.

DAYTON FAMILY PRODUCTIONS, INC., *et al.*

    Defendants.

Case No. 2:97-CV-00750-PMP (LRL)

**PROPOSED ORDER TO AMEND THE TEMPORARY RESTRAINING ORDER**

Section I.4 of the Temporary Restraining Order entered on January 28, 2013, and extended on February 4, 2013 (the "TRO"), is hereby amended to state as follows:

"Receivership Defendants" means American Health Associates, LLC and its affiliates, as well as their subsidiaries, divisions, successors, and assigns, and includes fictitious names under which any of them does business, and any entities engaged with them in a common enterprise. "Receivership Defendants" includes, but is not limited to, Merchant's Depot, LLC; EV Holdings Limited Partnership; Warrior Racing, LLC; Advanced Nutrition Systems, LLC; Age Less Health Products, LLC; Compliance Filings LLC, d/b/a Corporate Records Compliance; Panama Total Marketing Corp.; Payment Resources; PR Holdings; Media Opportunity Advisor; and Natural Health Alliance.

SO ORDERED this  6th day of February, 2013.

_____
PHILIP M. PRO
United States District Court for the
District of Nevada

1