| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | | Case No. 2:97-CV-00750-PMP (LRL) |
| Plaintiff, | | **ORDER GRANTING AUTHORITY TO:** |
| v. | | |
| DAYTON FAMILY PRODUCTIONS, INC., et al., | | **(A)  SUSPEND BUSINESS OPERATIONS;**<br>**(B)  TERMINATE OFFICE LEASES;**<br>**(C)  SELL FURNITURE, FIXTURES AND EQUIPMENT;**<br>**(D)  PAY MOVING AND STORAGE EXPENSES; AND**<br>**(E)  TERMINATE UTILITY SERVICES** |
| Defendants. | | |
| | | Dept:   7<br>Judge:  Hon. Philip M. Pro |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

800421.01/SD

The Court having considered the motion of Thomas Seaman Company ("Receiver"), Court-appointed receiver for American Health Associates, LLC, and its affiliates ("Receivership Defendants"), for Authority to (A) Suspend Business Operations, (B) Terminate Office Leases; (C) Sell Furniture, Fixtures and Equipment; (D) Pay Moving and Storage Expenses; and (E) Terminate Utility Services ("Motion"), including all papers in support of and opposition thereto, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED:**

1. The Motion is granted;

2. The Receiver is authorized to suspend all business operations of the Receivership Defendants;

3. The Receiver is authorized to terminate the Receivership Defendants' office leases;

4. The Receiver is relieved from compliance with the provisions of 28 U.S.C. § 2003 and is authorized to sell the furniture, fixtures, personalty, and equipment located at the Receivership Defendants' offices;

5. The Receiver is authorized to pay the reasonable and necessary moving and storage expenses for the Receivership Defendants' computers, documents and records; and

6. The Receiver is authorized to terminate utility services to the Receivership Defendants' offices.

Dated: April 8, 2013.

Hon. Philip M. Pro
Judge, United States District Court