1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| FEDERAL TRADE COMMISSION, | Case No. 2:97-CV-00750-PMP (LRL) |
|---|---|
| Plaintiff, | **ORDER GRANTING AUTHORITY TO:** |
| v. | **(A) SUSPEND BUSINESS OPERATIONS;** |
| DAYTON FAMILY PRODUCTIONS, INC., et al., | **(B) TERMINATE OFFICE LEASES;** <br> **(C) SELL FURNITURE, FIXTURES AND EQUIPMENT;** |
| Defendants. | **(D) PAY MOVING AND STORAGE EXPENSES; AND** <br> **(E) TERMINATE UTILITY SERVICES** |
| | Dept:  7 <br> Judge:  Hon. Philip M. Pro |

The Court having considered the motion of Thomas Seaman Company ("Receiver"), Court-appointed receiver for American Health Associates, LLC, and its affiliates ("Receivership Defendants"), for Authority to (A) Suspend Business Operations, (B) Terminate Office Leases; (C) Sell Furniture, Fixtures and Equipment; (D) Pay Moving and Storage Expenses; and (E) Terminate Utility Services ("Motion"), including all papers in support of and opposition thereto, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED:**

1. The Motion is granted;

2. The Receiver is authorized to suspend all business operations of the Receivership Defendants;

3. The Receiver is authorized to terminate the Receivership Defendants' office leases;

4. The Receiver is relieved from compliance with the provisions of 28 U.S.C. § 2003 and is authorized to sell the furniture, fixtures, personalty, and equipment located at the Receivership Defendants' offices;

5. The Receiver is authorized to pay the reasonable and necessary moving and storage expenses for the Receivership Defendants' computers, documents and records; and

6. The Receiver is authorized to terminate utility services to the Receivership Defendants' offices.

Dated: April 8, 2013.

Hon. Philip M. Pro
Judge, United States District Court