1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAYTON FAMILY PRODUCTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 2:97-CV-00750-PMP (LRL)<br><br>**[PROPOSED] ORDER ON RECEIVER'S FIRST INTERIM FEE APPLICATION**<br><br>Dept: 7<br>Judge: Hon. Philip M. Pro |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

804259.01/SD

1  The Court having considered the First Interim Fee Application of Thomas A. Seaman
2 ("Receiver"), Court-appointed receiver for American Health Associates, LLC, and its affiliates,
3 including all papers in support of and opposition thereto, and being so advised in the matter and
4 finding good cause, orders as follows:

5  **IT IS ORDERED** that the First Interim Fee Application of the Receiver is approved.

6  **IT IS FURTHER ORDERED** that the Receiver's fees and costs for the First Application
7 Period are allowed and approved, on an interim basis, in the amount of $71,106.00.

8  **IT IS FURTHER ORDERED** that the Receiver is authorized and directed to pay himself
9 the approved fees of $71,106.00 from assets of the receivership estate.

Dated: July 8, 2013.

Hon. Philip M. Pro
Judge, United States District Court

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

804259.01/SD