**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:97-CV-00750-PMP (LRL) |
| Plaintiff, | **[PROPOSED] ORDER ON FIRST INTERIM FEE APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL TO THE RECEIVER** |
| v. | |
| DAYTON FAMILY PRODUCTIONS, INC., et al., | |
| Defendants. | Dept: 7<br>Judge: Hon. Philip M. Pro |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

804252.01/SD

1  The Court having considered the First Interim Fee Application of Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), General Counsel to the Receiver Thomas A. Seaman Company ("Receiver"), including all papers in support of and opposition thereto, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED** that the First Interim Fee Application of Allen Matkins is approved.

**IT IS FURTHER ORDERED** that Allen Matkins' fees and costs for the First Application Period are allowed and approved, on an interim basis, in the amounts of $36,138.15 and $1,272.82, respectively.

**IT IS FURTHER ORDERED** that the Receiver is authorized and directed to pay Allen Matkins the approved fees, which sum is $36,138.15, and approved costs, which sum is $1,272.82, from assets of the receivership estate.

Dated: July 8, 2013.

Hon. Philip M. Pro
Judge, United States District Court