1  ELLIOT S. BLUT, ESQ.
   Nevada Bar No. 6570
2  BLUT LAW GROUP, APC
   300 South Fourth Street, Suite 701
3  Las Vegas, NV 89101
   Telephone (702) 382-8840
4  Facsimile (702) 384-8565
   Email: eblut@blutlaw.com
5
   DAVID R. ZARO
6  California Bar No. 124334
   (Admitted Pro Hac Vice February 8, 2013)
7  TED FATES
   California Bar No. 227809
8  (Admitted Pro Hac Vice February 8, 2013)
   ALLEN MATKINS LECK GAMBLE
9    MALLORY & NATSIS LLP
   515 S. Figueroa Street, 9th Floor
10 Los Angeles, CA 90071
   Phone: (213) 622-5555
11 Facsimile: (213) 620-8816
   Email: dzaro@allenmatkins.com
12        tfates@allenmatkins.com

13 Attorneys for Receiver
   Thomas Seaman
14

15
UNITED STATES DISTRICT COURT
16
DISTRICT OF NEVADA
17

18 | FEDERAL TRADE COMMISSION    ) Case No. 2:97-CV-00750-PMP (LRL)
                                 )
19 |         Plaintiff,           ) **[PROPOSED] ORDER ON**
                                 ) **RECEIVER'S FIRST INTERIM FEE**
20 | v.                           ) **APPLICATION**
                                 )
21 | DAYTON FAMILY PRODUCTIONS, INC., ) Dept.:  7
   | et al.,                      ) Judge: Hon. Philip M. Pro
22 |         Defendants.          )
                                 )
23                               )
                                 )
24                               )
                                 )
25                               )
                                 )
26                               )
                                 )
27                               )
   _____)
28

1  The Court having considered the First Interim Fee Application of the Blut Law Group, APC ("Blut Law Group"), counsel for Thomas A. Seaman ("Receiver") Court-appointed receiver for American Health Associates, LLC, and its affiliates (collectively, "Receivership Defendants"), including all papers in support of and opposition thereto, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED** that the First Interim Fee Application of the Blut Law Group is approved.

**IT IS FURTHER ORDERED** that the Receiver's fees for the First Application Period are allowed and approved, on an interim basis, in the amount of $3,840.00

**IT IS FURTHER ORDERED** that the Receiver is authorized and directed to pay the Blut Law Group the approved fees of $3,840.00 from assets of the receivership estate.

DATED: July 8, 2013.

_____
Hon. Philip M. Pro
Judge, United States District Court