UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,         )<br>                                                              )<br>                    Plaintiff,               )<br>                                                              )<br>   v.                                                      )<br>                                                              )<br>DAYTON FAMILY PRODUCTIONS, )<br>INC., et al.,                                       )<br>                                                              )<br>                    Defendants.          )<br>_____ ) | 2:97-CV-00750-PMP-VCF<br><br>ORDER |

At the hearing on Plaintiff Federal Trade Commission's Second Motion to Hold Glen Burke in Contempt (Doc. #169) set for September 16, 2013 at 11:00 a.m., the Court will consider argument of counsel, but not the testimony of witnesses. To the extent the parties deem it is necessary to reference Plaintiff's first Motion to Hold Glen Burke in Contempt (Doc. #131), they will be permitted to do so.

IT IS SO ORDERED.

DATED: July 8, 2013

_____
PHILIP M. PRO
United States District Judge