UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

DAYTON FAMILY PRODUCTIONS, INC., et al.,

    Defendants.

2:97-CV-00750-PMP-VCF

ORDER

Upon further review, the Court determines that the Orders (Doc. ##194, 195, and 199) entered on July 8, 2013 were improvident.

IT IS THEREFORE ORDERED that this Court's Orders (Doc. ##194, 195, and 199) are hereby VACATED.

IT IS FURTHER ORDERED that a telephonic status conference is hereby set for Monday, August 12, 2013 at 10:00 a.m. to enable the Court to discuss with counsel whether the matters raised in Plaintiff Federal Trade Commission's Motion to Hold Glen Burke and American Health Associates, LLC, in Contempt (Doc. #131) and Second Motion to Hold Glen Burke in Contempt (Doc. #169) can be resolved on oral argument, whether an evidentiary hearing will be required, and for scheduling of the appropriate hearing on both Motions to Hold Glen Burke in Contempt (Doc. ##131, 169).

IT IS FURTHER ORDERED that a meet-me-line has been set up for this telephonic hearing. Counsel are instructed to call the meet-me-line number (702-464-5625) on the date and time listed above and remain on the line until the Court's clerk comes on the

line to take roll.

DATED: July 9, 2013

_____
PHILIP M. PRO
United States District Judge