# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DAYTON FAMILY PRODUCTIONS, *et al.*,<br><br>　　　　Defendants. | Case No. 2:97-CV-00750-PMP (LRL) |

## INDICATIVE STATEMENT REGARDING FEDERAL TRADE COMMISSION'S MOTION TO CLARIFY CONTEMPT ORDER

Upon consideration of Plaintiff Federal Trade Commission's Motion to Clarify Contempt Order and Request for Indicative Ruling, and finding good cause for said motion, IT IS HEREBY ORDERED that Plaintiff's Request for Indicative Ruling is GRANTED. Pursuant to Federal Rule of Civil Procedure 62.1(a)(3), the Court would grant the motion and enter a clarified Contempt Order if the Ninth Circuit Court of Appeals remands for that purpose.

IT IS SO STATED this 3rd day of March, 2014.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE
DISTRICT OF NEVADA