UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) Case No. 2:97-CV-00750-PMP (LRL) |
| vs. | ) |
| DAYTON FAMILY PRODUCTIONS, *et al.*, | ) |
| Defendants. | ) |

**INDICATIVE STATEMENT REGARDING FEDERAL TRADE COMMISSION'S MOTION TO CLARIFY CONTEMPT ORDER**

Upon consideration of Plaintiff Federal Trade Commission's Motion to Clarify Contempt Order and Request for Indicative Ruling, and finding good cause for said motion, IT IS HEREBY ORDERED that Plaintiff's Request for Indicative Ruling is GRANTED. Pursuant to Federal Rule of Civil Procedure 62.1(a)(3), the Court would grant the motion and enter a clarified Contempt Order if the Ninth Circuit Court of Appeals remands for that purpose.

IT IS SO STATED this  3rd  day of       March       , 2014.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE
DISTRICT OF NEVADA