UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission | |
| Plaintiff-Appellee, | District No.  2:97-cv-00750-GMN-VCF |
| vs. | |
| | U.S.C.A. No.  13-17448 |
| Glen Burke, dba American Health Associates, LLC | |
| Defendant-Appellant. | |

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 06-11-2015, issued its judgment REVERSING and REMANDING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

IT IS FURTHER ORDERED that the Clerk will enter an Amended JUDGMENT in favor of Plaintiff Federal Trade Commission and against Defendants Burke and American Health Associates, LLC. Defendant Burke is liable for and shall pay contempt sanctions in the amount of $2,785,508.36 ($20,174,740.36 minus $17,389,232), and that Defendant American Health Associates, LLC, be jointly and severally liable for $2,785,508.36 of that total.

Dated this __18__ day of __August, 2015__,

_____
Gloria M. Navarro
Chief United States District Judge