AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Federal Trade Commission

Plaintiff,

V.

Glen Burke, dba American Health Associates, LLC

Defendant.

**AMENDED**

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:97-cv-00750-GMN-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of Plaintiff f Federal Trade Commission and against Defendants Burke and American Health Associates, LLC. Defendant Burke is liable for and shall pay contempt sanctions in the amount of $2,785,508.36 ($20,174,740.36 minus $17,389,232), and that Defendant American Health Associates, LLC, be jointly and severally liable for $2,785,508.36 of that total.

August 18, 2015

Date

/s/ Lance S. Wilson

Clerk

/s/ TR

(By) Deputy Clerk